# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      NO. 4:16CR00072 JLH

DARRIS DEWAYNE DENTON
and QUINSHOD KAYLA SHAW                      DEFENDANTS

## **JUDGMENT OF ACQUITTAL – DARRIS DEWAYNE DENTON**

On the 6th day of March, 2018, this case came before the Court for trial by jury. The government was represented by Assistant United States Attorneys Patrick C. Harris and Erin S. O'Leary. Darris Dewayne Denton appeared in person and with his attorney, Nicki Nicolo; and Quinshod Kayla Shaw appeared in person and with his attorney Steven R. Davis. The parties announced ready for trial. A jury of twelve and one alternate was selected and sworn.

At the conclusion of the evidence on March 8, 2018, the jury retired for deliberations at 1:49 P.M. At 5:45 P.M., the jury returned unanimous verdicts of not guilty as to all counts for defendant Darris Dewayne Denton. Judgment of acquittal is therefore entered on counts one, two, and three of the second superseding indictment for defendant Denton. The second superseding indictment is dismissed with prejudice as to defendant Denton.

IT IS SO ORDERED this 9th day of March, 2018.

                                               _____
                                               J. LEON HOLMES
                                               UNITED STATES DISTRICT JUDGE